**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHARLOTTE D. MOSLEY

                                                  PLAINTIFF

V.  NO. 3:05CV00133-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                          DEFENDANT

**JUDGMENT**

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 18th day of May, 2006.

                                                      /s/ J. Thomas Ray
                                                  UNITED STATES MAGISTRATE JUDGE